IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHESTER S. VAUGHN                                                                                          PLAINTIFF

      v.                              Civil No. 13-5013

DR. JAMES HUSKINS,
Benton County Detention Center;
NURSE MARSHA SMITH,
Benton County Detention Center;
SGT. FRY, Benton County Detention
Center; CAPTAIN ROBERT HOLLY,
Benton County Detention Center;
and SHERIFF KEITH FERGUSON                                                                    DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This *pro se* civil rights action was filed by Chester S. Vaughn on January 22, 2013. When he filed the case he was given until February 4, 2013, to show cause why this action should not be dismissed as duplicative of *Vaughn v. Huskins, et al.,* Civil No. 09-5205 which is currently on appeal.

Vaughn filed a response (Doc. 4) on February 1, 2013. In the response, he makes no argument that this case is not based on the same facts as Civil No. 09-5205. Instead, he maintains 09-5205 "has not been justified under the law." With the evidence he has submitted, Vaughn believes case 09-5205 should continue in the courts.

I therefore recommend that this case be dismissed as duplicative of Civil No. 09-5205.

**Vaughn has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Vaughn is reminded**

**that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of February 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE