```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**CHESTER S. VAUGHN**                                                       PLAINTIFF

       v.          Civil No. 13-5013

**DR. JAMES HUSKINS**, Benton County
Detention Center; **NURSE MARSHA SMITH**,
Benton County Detention Center;
**SERGEANT. FRY**, Benton County Detention
Center; **CAPTAIN ROBERT HOLLY**; Benton
County Detention Center; and
**SHERIFF KEITH FERGUSON**                                                  DEFENDANTS


## O R D E R

Now on this 26th day of April 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #5) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #5) is hereby **adopted *in toto***, and plaintiff's objection is **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is dismissed as duplicative of Civil No. 09-5205.

IT IS SO ORDERED.

    /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.